UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 09-CV-12776

        HON. GEORGE CARAM STEEH

MICAH S. BRADFORD,

        Defendant,

and

ALLEGIS GROUP SERVICES, INC.,

        Garnishee.
_____/

ORDER

On July 14, 2009, plaintiff filed this action seeking to recover student loan debt allegedly owed by defendant. On January 22, 2010, a clerk's entry of judgment by default was entered in the amount of $6,742.03. On December 14, 2011, plaintiff served a writ of garnishment upon Allegis Group Services, Inc. On December 23, 2011, defendant filed a request for a hearing about the garnishment. In his request, defendant states he is a single parent and is unable to meet his monthly financial obligations. He requests a payment plan for the debt. On December 30, 2011, plaintiff filed a response to defendant's request for hearing. In its response, plaintiff "welcomes the opportunity to discuss this matter with Defendant, and invites Defendant to contact its attorneys to discuss reasonable payment arrangements on this debt." Plaintiff also states a hearing on this matter would be a waste of judicial time and resources since defendant has

offered no valid exemption or defense to the garnishment. On January 5, 2012, defendant filed a letter with the court indicating that he does not reside at 2209 Norfolk in Rochester Hills, but that his sister resides at that address. The court orders defendant to provide the court and plaintiff with his new address. The court also orders the parties to discuss a payment plan within 45 days of the date of this order and to report the results of that conference to this court by March 15, 2012. At that time, the court will determine whether a hearing is necessary on the garnishment issue.

IT IS SO ORDERED.

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated: January 9, 2012

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys/parties of record on January 9, 2012 by electronic and/or ordinary mail, and upon Micah Bradford at 2209 Norfolk #201, Rochester Hills, MI, 48309.

        s/Marcia Beauchemin
        Deputy Clerk