UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,

                                                    Case No. 09-CV-12776
v.
                                                    HON. GEORGE CARAM STEEH

MICAH S. BRADFORD,

                    Defendant,

and

ALLEGIS GROUP SERVICES, INC.,

                    Garnishee.
_____/


ORDER

On July 14, 2009, plaintiff filed this action seeking to recover student loan debt

allegedly owed by defendant.  On January 22, 2010, a clerk's entry of judgment by

default was entered in the amount of $6,742.03.  On December 14, 2011, plaintiff

served a writ of garnishment upon Allegis Group Services, Inc.  On December 23, 2011,

defendant filed a request for a hearing about the garnishment.  In his request, defendant

states he is a single parent and is unable to meet his monthly financial obligations.  He

requests a payment plan for the debt.  On December 30, 2011, plaintiff filed a response

to defendant's request for hearing.  In its response, plaintiff "welcomes the opportunity

to discuss this matter with Defendant, and invites Defendant to contact its attorneys to

discuss reasonable payment arrangements on this debt."  Plaintiff also states a hearing

on this matter would be a waste of judicial time and resources since defendant has

offered no valid exemption or defense to the garnishment.  On January 5, 2012,

defendant filed a letter with the court indicating that he does not reside at 2209 Norfolk

in Rochester Hills, but that his sister resides at that address.  The court orders

defendant to provide the court and plaintiff with his new address.  The court also orders

the parties to discuss a payment plan within 45 days of the date of this order and to

report the results of that conference to this court by March 15, 2012.  At that time, the

court will determine whether a hearing is necessary on the garnishment issue.

IT IS SO ORDERED.

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated: January 9, 2012

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys/parties of record on January 9, 2012 by electronic and/or ordinary mail, and upon Micah Bradford at 2209 Norfolk #201, Rochester Hills, MI, 48309.

s/Marcia Beauchemin
Deputy Clerk