UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICAH S. BRADFORD,

        Defendant,

and

ALLEGIS GROUP SERVICES, INC.,

        Garnishee.
_____/

Case No. 09-CV-12776

HON. GEORGE CARAM STEEH

## ORDER DENYING DEFENDANT'S REQUEST (#40)

On July 14, 2009, plaintiff filed this action seeking to recover student loan debt allegedly owed by defendant. On January 22, 2010, a clerk's entry of judgment by default was entered in the amount of $6,742.03. On December 14, 2011, plaintiff served a writ of garnishment upon Allegis Group Services, Inc. On December 23, 2011, defendant filed a request for a hearing about the garnishment. On January 18, 2012, the court entered a stipulated order in which defendant agreed to the garnishee remitting the sum of $75.00 weekly until defendant's debt is paid. On July 6, 2012, defendant requested a modification of the garnishment amount. He requests that his payment amount be reduced to $50.00 per month. The court ordered that the parties discuss the requested modification and, if the parties are unable to reach an agreement, that plaintiff submit a response. Plaintiff filed a response to defendant's modification

request.  In the response, plaintiff notes that defendant spends $715.31 per month to finance a luxury vehicle.  Plaintiff also notes that, in agreeing to $75.00 per week, it agreed to just half of what it would have obtained by way of garnishment of defendant's wages.  Plaintiff therefore requests that defendant's modification request be denied. The court agrees that the agreement of the parties providing that defendant pay plaintiff $75.00 per week is reasonable.  The court therefore DENIES defendant's request for a modification (#40).

IT IS SO ORDERED.

Dated:  August 1, 2012

>            s/George Caram Steeh
>            GEORGE CARAM STEEH
>            UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

On August 1, 2012, copies of this Order were served upon
attorneys of record and on Micah Bradford at
438 Timberlake Drive, Rochester Hills, MI 48309
by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk